**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO: 6:15-cv-419-ORL-41-GJK**

**CLAYTON CONARD,**

      **Plaintiff,**

vs.

**THE UNITED STATES OF AMERICA and OAC ACTION CONSTRUCTION CORP., a Florida corporation,**

      **Defendants.**
_____/

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND**
**OAC ACTION CONSTRUCTION CORP.**

Pursuant to Local Rule 3.08, Plaintiff, **CLAYTON CONARD**, and Defendant, **OAC ACTION CONSTRUCTION CORP.**, notify the Court that this action has been settled between these two parties, each side to bear its own costs and fees.

DATED: October 11, 2016.

        s/  Joseph H. Shaughnessy
        JOSEPH H. SHAUGHNESSY, ESQUIRE
        FBN: 0138738
        Morgan & Morgan, PA
        20 N. Orange Ave., 16th Floor
        P.O. Box 4979
        Orlando, FL 32802-4979
        Telephone:   (407) 420-1414
        Facsimile:    (407) 245-3407
        Primary email: SShaughnessy@forthepeople.com
        Secondary email: dkirsch@forthepeople.com
        Attorneys for Plaintiff

                                                                             s/   Joseph L. Amos, Jr.
JOSEPH L. AMOS, JR., ESQUIRE
FBN: 0856230
Fisher Rushmer, P.A.
390 North Orange Avenue, Suite 2200
Post Office Box 3753
Orlando, Florida 32802-3753
Telephone: (407) 843-2111
Direct Line: (407) 535-4868
Facsimile: (407) 535-4795
Primary e-mail: Jamos@fisherlawfirm.com
Secondary e-mail: askees@fisherlawfirm.com
Attorney for OAC Action Construction Corp.

1